IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

"APPROVED" THIS 17 DAY of July, 2020.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

JOSE SANCHEZ GUEVARA

   Plaintiff,

v.

GOOD FORTUNE ROCKVILLE, INC., et al.

   Defendants.

Case No. 8:20-cv-00746-PJM

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action against Defendants *without prejudice*, Plaintiff to bear his own costs and attorney's fees.

Date: July 16, 2020

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #17567
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*